# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Edward R. Brown

v.

Officer J. Cornelison, Star No. 3880, Officer M. Battaglia, Star No. 11770, and City of Chicago

Case Number:
```
FILED: MAY 20, 2008
08CV2928 J. N.
JUDGE COAR
MAG. JUDGE COLE
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| |
|---|
| NAME (Type or print)<br>Edward M. Fox |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Edward M. Fox |
| FIRM<br>Ed Fox & Associates |
| STREET ADDRESS<br>300 W. Adams Street, Suite 330 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   TELEPHONE NUMBER<br>6205330                                    (312) 345-8877 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES <u>X</u>   NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES        NO <u>X</u> |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES <u>X</u>   NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES <u>X</u>   NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |