UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 08 C 2928 |
|---|---|
| BROWN Plaintiff,      Honorable Judge COAR, | |
| v. | |
| CITY OF CHICAGO, et. al. Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J. Cornelison and M. Battaglia

| SIGNATURE /S/ TIFFANY Y. HARRIS |  |
|---|---|
| FIRM   City of Chicago, Corporation Counsel | |
| STREET ADDRESS   30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP   Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6238533 | TELEPHONE NUMBER   312.744.5890 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES x     NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES X     NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES X     NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐